IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01012-AP

ROSE FORREST,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Terry S. Fjeld, Esq.
P.O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385
(719) 473-0042 (facsimile)

**For Defendant:**

TROY A. EID
United States Attorney
KURT J. BOHN
Assistant United States Attorney

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: <u>May 26, 2006.</u>
   B.   Date Complaint  Was Served on U.S. Attorney's Office: <u>June 2, 2006.</u>
   C.   Date Answer and Administrative Record Were Filed: <u>August 1, 2006.</u>

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>The partes, to the best of their knowledge, state that the administrative record is complete and accurate.</u>

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Neither party intends to submit additional evidence.</u>

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.</u>

**7.  OTHER MATTERS**
<u>The parties have no other matters to bring to the attention of the court.</u>

**8.  PROPOSED BRIEFING SCHEDULE**

   A.    **Plaintiff's Opening Brief Due:**      <u>October 6, 2006.</u>
   B.    **Defendant's  Response Brief Due:**    <u>November 6, 2006.</u>
   C.    **Plaintiff's Reply Brief (If Any) Due:** <u>November 21, 2006.</u>

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.    **Plaintiff's Statement:**
         <u>Plaintiff does not request oral argument.</u>

  **B.**  **Defendant's Statement:**
    **Defendant does not request oral argument.**

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A. ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
  B. ( ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.** **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

  DATED this 21st day of August, 2006.

               BY THE COURT:

               <u>**s/John L. Kane**</u>
               U.S. DISTRICT COURT JUDGE

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |
|---|---|

**s/Terry S. Fjeld 8/21/06**
Terry S. Fjeld, Esq.
P.O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385
(719) 473-0042 (facsimile)
tsfjeld@aol.com

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)
kurt.bohn@usdoj.gov

**s/Debra J. Meachum 8/21/06**
By:  Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov